# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 7, 2025

## NO. 03-25-00066-CV

**Dan Debin and Jackie Debin, Appellants**

**v.**

**Ashby Signature Homes, LLC;, Norman Ashby, and LCD Lending, LLC, Appellees**

### APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### AFFIRMED -- OPINION BY JUSTICE CRUMP

This is an appeal from the interlocutory order signed by the trial court on January 30, 2025. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.